**DOSS v. ADAMS**

[369 N.C. 518 (2017)]

| | | |
|---|---|---|
| REGINA RADFORD DOSS AND | ) | |
| AMY RADFORD BARRETT, AS THE | ) | |
| CO-ADMINISTRATORS OF THE ESTATE | ) | |
| OF TONY MARIE PRIDGEN RADFORD | ) | |
| | ) | |
| v. | ) | From Nash County |
| | ) | |
| BRENTON D. ADAMS, BRENT | ) | |
| ADAMS LAW OFFICES, PC, D/B/A | ) | |
| BRENT ADAMS & ASSOCIATES | ) | |

No. 1P17

ORDER

The petition for discretionary review is allowed for the purpose of addressing the issues set forth in the petition and the following additional issue: "Is plaintiffs' second claim for relief ('Breach of Fiduciary Duty and Constructive Fraud') barred by the statute of limitations or statute of repose?"

By Order of the Court in Conference, this 16th day of March, 2017.

s/Michael R. Morgan
For the Court

WITNESS my hand and the seal of the Supreme Court of North Carolina, this the 17th day of March, 2017.

J. BRYAN BOYD
Clerk, Supreme Court of
North Carolina

s/M.C. Hackney
Assistant Clerk, Supreme
Court of North Carolina